**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 14-cv-0667-WJM-KLM

WESLEY ALLEN

      Plaintiff,

v.

MICROBILT, a Delaware corporation, and
HINDMANSANCHEZ P.C., a Colorado corporation

      Defendants.

---

**ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Stipulation and Motion for Dismissal, filed July 30, 2014.  (ECF No. 23.)  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Stipulation and Motion to Dismiss (ECF No. 23) is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 30th day of July, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge